The Elmore and Hamilton Contracting Company, Appellant, v. State of New York, Defendant. County of Orange, Respondent. Order affirmed, with ten dollars costs and disbursements. All concurred.

Dorothy Evenhuis, by Anna M. Evenhuis, Her Guardian ad Litem, Respondent, v. United Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Lizzie Flagler, as Administratrix, etc., of Abram Flagler, Late of the Town of Clifton Park, Saratoga County, N. Y., Appellant, v. The Boston and Maine Railroad, Respondent.— Judgment unanimously affirmed, with costs.

Glens Falls Trust Company, Respondent, v. Frances Nims and Others, Impleaded with Lottie M. Sherman, Appellant.— Judgment unanimously affirmed, with costs.

Peter M. Hummell and Others, Respondents, v. Frank B. Reynolds, Appellant.— Judgment and order unanimously affirmed, with costs.

Christopher A. Holmes, an Infant, by George H. Holmes, His Guardian ad Litem, Appellant, v. The Delaware and Hudson Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

William Kenneally, Respondent, v. Glens Falls Portland Cement Company, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof, in the Town of Olive, Ulster County, N. Y., for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of The City of New York, Respondent. (Ashokan Reservoir, Section No. 2, Parcel No. 78.) Oscar Hermann, Claimant, Appellant.— Order unanimously affirmed, with costs.

In the Matter of Proving the Last Will and Testament of Harriet L. Marks, Deceased. Juliet C. Isham, Appellant; Alva S. Pearson, Individually and as Executor, etc., of Harriet L. Marks, Deceased, and Others, Respondents.— Decree unanimously affirmed, with costs.

In the Matter of the Estate of Lydia McChesney, Deceased. In the Matter of the Application of William N. McChesney, Cestui Que Trust, Respondent, for the Removal of Thomas W. Cantwell as Trustee under the Will of Lydia McChesney, Deceased, Appellant, and for an Accounting and the Appointment of a New Trustee, or that Such Accounting Proceed Before the Surrogate of Rensselaer County. Thomas W. Cantwell, Individually, and Fidelity and Deposit Company of Maryland, Appellants.— Order unanimously affirmed, with costs.

In the Matter of the Final Accounting of Ledyard P. Hale, as Permanent Receiver of the Canton Lumber Company, Respondent. Daniel H. Ayers, as Administrator with the Will Annexed of James H. Harmon, Deceased, Appellant.— Order affirmed, with costs. All concurred, except Smith, P. J., not voting.